**Opinion issued May 29, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-25-00271-CV

———————————————

**BISSONNET 2322 PARTNERS, LLC, Appellant**

**V.**

**BAILESON BREWING COMPANY, LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1230532**

---

## MEMORANDUM OPINION

Appellant, Bissonnet 2322 Partners, LLC, has filed a notice of appeal from the trial court's January 14, 2025 order. On May 21, 2025, appellant filed a Motion to Dismiss With Prejudice the appeal stating that "[t]he parties have settled the

claims and causes of action in this case" and requesting the appeal be "dismiss[ed] with prejudice." *See* TEX. R. APP. P. 42.1(a)(1). No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.